

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2015

No. 04-15-00677-CV

Helen A. **MZYK**, Karnes S4 Minerals, L.P., and Karnes S4 Management, L.L.C.,
Appellants

v.

**MURPHY EXPLORATION & PRODUCTION COMPANY-USA**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 14-04-00083-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellants' unopposed motion for extension of time to respond to our December 2, 2015 show cause order is GRANTED. We order appellants' response to our show cause order due December 30, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court